**SEALED**

**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

SEP 2 3 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. |
| ) | |
| ) | INDICTMENT |
| Plaintiff, ) | MO09CR260 |
| ) | [Vio: 21 U.S.C. § 846 - |
| V. ) | Conspiracy; |
| ) | 21 U.S.C. § 841(a)(1)- |
| ARLANA DORIS MOORE, ) | Manufacture a controlled |
| ) | substance |
| ) | 21 U.S.C. § 841(c) - |
| ) | Possess pseudoephedrine with |
| ) | intent to manufacture a controlled |
| ) | substance] |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. § 846]

That from on or about January 2006 to the date of this Indictment, in the Western District of Texas, the Defendant,

**ARLANA DORIS MOORE,**

did combine, conspire, confederate and agree with others known and unknown to the grand jury to:

    A)    Manufacture a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); and,

B) Possess pseudoephedrine, a List I chemical, with intent to manufacture methamphetamine, a controlled substance, contrary to Title 21, United States Code, Section 841(c)(1);

all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

*Original signed by the foreperson of the Grand Jury*

FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

AUSTIN M. BERRY
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO09CR260

| SEALED: XX | | UNSEALED: |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: September 23, 2009 | MAG CT #: | FBI #: |
| CASE NO: MO-09-CR- | ASSISTANT U.S. ATTORNEY: AUSTIN M. BERRY | |
| DEFENDANT: ARLANA DORIS MOORE | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: U.S. | INTERPRETER NEEDED LANGUAGE: | |
| DEFENSE ATTORNEY: | | EMPLOYED APPOINTED |
| DEFENDANT IS: ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy to manufacture 50 grams or more of actual methamphetamine, a Schedule II controlled substance. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $4 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT: Sgt. Jerrod Bell Texas Department of Public Safety 2405 South Loop 250 West Midland, Texas 79703 432-498-2100 ofc 432-498-2158 fax | | |