**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. MO-09-CR-066S** |
| | ) | **SENTENCING** |
| Plaintiff, | ) | **ENHANCEMENT INFORMATION** |
| | ) | [VIO:21 U.S.C. § 841(b)(1)(B); |
| VS. | ) | 21 U.S.C. § 841(b)(1)(C) & |
| | ) | & 21 U.S.C. § 851- |
| **ARLANA DORIS MOORE,** | ) | Enhancement Information, |
| | ) | Prior Felony Drug Offense |
| Defendant. | ) | Conviction] |

**THE UNITED STATES ATTORNEY CHARGES**:

That the Defendant,

**ARLANA DORIS MOORE,**

is a person who has been convicted of a felony drug offense on the following occasion:

On or about May 17, 2006, the Defendant was convicted of *Prohibited Substance in Correctional Facility*, in the 112th Judicial District Court of Pecos County, Texas, Cause Number P-2649-112-CR.

Pursuant to Title 21, United States Code, Section 851, the United States Attorney hereby notifies the Defendant that upon the Defendant's conviction for the offense charged in Count One of the above-numbered Superseding Indictment, the Government will request the Court to enhance Defendant's sentence for said offense pursuant to the sentencing provisions of Title 21, United States Code, Section 841(b)(1)(A). Due to the Defendant's prior felony drug conviction, this statute provides for a minimum term of imprisonment of twenty (20) years, for a maximum term of life imprisonment, for a term of supervised release of at least ten (10) years, and that, not withstanding any other provision of law, the Court

shall not suspend the sentence of, or grant a probationary sentence to Defendant, nor shall Defendant be eligible for parole.

        Respectfully submitted,

        JOHN E. MURPHY
        ACTING UNITED STATES ATTORNEY

By:    /s/ Austin M. Berry
        Assistant United States Attorney
        Bar No. 24062615
        400 W. Illinois, Suite 1200
        Midland, Texas 79701
        432-686-4110
        432-686-4131 FAX

**Certificate of Service**

  I hereby certify that on October 23, 2009, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel for Defendant Dan Wade.


               /s/ Austin M. Berry
               Assistant United States Attorney