**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CR. NO. MO-09-CR-260** |
| | ) | **SENTENCING** |
| **Plaintiff,** | ) | **ENHANCEMENT INFORMATION** |
| | ) | **[VIO:21 U.S.C. § 841(b)(1)(A) &** |
| **VS.** | ) | **21 U.S.C. § 851-** |
| | ) | **Enhancement Information,** |
| **ARLANA DORIS MOORE,** | ) | **Prior Felony Drug Offense** |
| | ) | **Conviction]** |
| **Defendant.** | ) | |

**THE UNITED STATES ATTORNEY CHARGES**:

That the Defendant,

**ARLANA DORIS MOORE,**

is a person who has been convicted of a felony drug offenses on the following occasions:

1. On or about May 17, 2006, the Defendant was convicted of *Prohibited Substance in Correctional Facility*, in the 112th Judicial District Court of Pecos County, Texas, Cause Number P-2649-112-CR; and

2. On or about September 14, 1990, the Defendant was convicted of *Possession of Controlled Substance: Methamphetamine, Less than 28 grams,* in the 91st District Court of Eastland County, Texas, Cause Number 18,463.

Pursuant to Title 21, United States Code, Section 851, the United States Attorney hereby notifies the Defendant that upon the Defendant's conviction for the offense charged in Count One of the above-numbered Superseding Indictment, the Government will request the Court to enhance Defendant's sentence for said offense pursuant to the sentencing provisions of Title 21, United States Code, Section 841(b)(1)(A). Due to the Defendant's prior felony drug convictions, this statute provides for a mandatory term of life

imprisonment,  and that, not withstanding any other provision of law, the Court shall not

suspend the sentence of, or grant a probationary sentence to Defendant, nor shall Defendant

be eligible for parole.

<div style="margin-left:40%">

Respectfully submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY


By:     /s/ Austin M. Berry
Assistant United States Attorney
Bar No. 24062615
400 W. Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4131 FAX

</div>

## **Certificate of Service**

I hereby certify that on January 15, 2010, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to counsel for Defendant Dan Wade.


  /s/ Austin M. Berry
Assistant United States Attorney